FAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 FEB 19 AM 11:21

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Gustavo MAGDALENO,** Defendant | Magistrate Docket No. '08 MJ 0467 <br> COMPLAINT FOR VIOLATION OF: <br> Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **February 15, 2008** within the Southern District of California, defendant, **Gustavo MAGDALENO**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **FEBRUARY 2008.**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Gustavo MAGDALENO**

**PROBABLE CAUSE STATEMENT**

I declare under the penalty of perjury that the following statement is true and correct:

On February 15, 2008, at approximately 8:30 a.m., dispatch advised Imperial Beach Border Patrol Agents, via service radio, of a seismic sensor activation near an area commonly known as "Spooner's Mesa". This area is approximately 4 miles west and 300 yards north of the San Ysidro, California Port of Entry. Senior Patrol Agent L. Gonzalez, while performing line watch operations, responded to the area, and after a brief search encountered eleven individuals hiding in some brush attempting to conceal themselves. Agent Gonzalez identified himself as a Border Patrol Agent and conducted an immigration inspection on each individual due to its close proximity to the United States/Mexico International Boundary Fence and the fact that this area is frequently used by undocumented aliens to further their entry into the United States. Each individual, including one individual later identified as the defendant **Gustavo MAGDALENO**, admitted to being citizens and nationals of Mexico illegally in the United States, and that they did not possess any documents that would allow them to legally enter or remain in the United States. At approximately 8:35 a.m., Agent Gonzalez placed the individuals, including the defendant, under arrest and transported them to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 10, 1998** through the Port of Entry at **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

**Executed on February 16, 2008 at 9:00 a.m.**

Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **February 15, 2008,** in violation of Title 8, United States Code, Section 1326.

William McCurine Jr.
United States Magistrate Judge

2/16/08 1205 hrs
Date/Time